# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:15-cv-00431-FDW-DCK

| | |
|---|---|
| JOHN KILZI,      Plaintiff,    vs.    BIESSE AMERICA, INC., et al.,      Defendant. | ORDER |

**THIS MATTER** is before the Court on the Memorandum and Recommendation ("M&R") (Doc. No. 16). The M&R recommends allowing Plaintiff to file an amended complaint.

Federal Rule of Civil Procedure 72(b) allows a party fourteen (14) days to file specific written objections to a Magistrate Judge's proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). By copy of the M&R, each party was advised of the right to file written objections. No objections were filed by either party as of the date of this Order.

After a careful review of the record, and finding no error, the Court hereby ADOPTS and APPROVES the findings and recommendations set forth in the M&R. The Court GRANTS Plaintiff's "Motion to Amend the Complaint" (Doc. No. 12), and DENIES Defendant's Motion to Dismiss (Doc. No. 8), and DENIES Defendant's "Response in Opposition to Plaintiff's Motion to Amend," (Doc. No. 14) as moot because no objections were made to the M&R and the Court adopts the M&R.

**SO ORDERED.**

Signed: July 26, 2016

Frank D. Whitney
Chief United States District Judge